UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 06-14059-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

              Plaintiff,

vs.

DAVID ALEJANDRO CUBAS-PERDOMO,

              Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on November 8,2006.  A Report and Recommendation was filed on November 30,2006, recommending that the Defendant's plea of guilty be accepted.  The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Count One of the Indictment which charges the Defendant, an alien having been convicted of an aggravated felony on or about August 28, 1997, in Case Number 97-3871CFC in the Seventeenth Judicial Circuit Court in Broward County, Florida, having been previously arrested and deported to Honduras on or about March 5, 1999, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security

as designated by Title, United States Code, Sections 202(3) and 202(4); and 557, having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of December, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


Copied: Hon. Magistrate Lynch
        All Counsel Of Record
        U.S.Probation